

# UNITED STATES DISTRICT COURT
## District of Rhode Island

### **M E M O R A N D U M**

| | |
|---|---|
| To: | Chief Judge McConnell<br>Judge Smith<br>Judge McElroy<br>Magistrate Judge Almond<br>Magistrate Judge Sullivan |
| From: | Rana Smith |
| Date: | January 16, 2020 |
| Re: | Naturalization Ceremonies – Schedule for 2020 |

For your information, the following is a schedule of Naturalization Ceremonies to be held in 2020. Each ceremony will begin at 9:30 a.m., except on June 13th and July 2nd. If you have any questions, please let me know. Thank you.

| Date | Location | Presiding Judge |
|---|---|---|
| Monday, March 16, 2020 | Courtroom 1 | Magistrate Judge Sullivan |
| Monday, April 6, 2020 | Courtroom 1 | Chief Judge McConnell |
| Monday, May 4, 2020 | Courtroom 1 | Judge McElroy |
| Monday, June 1, 2020 | Slater Mill, Pawtucket, RI | Magistrate Judge Almond |
| Saturday, June 13, 2020 | PVD Festival (11:00 a.m.) | Chief Judge McConnell |
| Thursday, July 2, 2020 | McCoy Stadium (5:15 p.m.) | Chief Judge McConnell |
| Monday, August 3, 2020 | Courtroom 1 | Judge McElroy |
| Thursday, September 17, 2020 | Roger Williams Nat'l Mem. Park | Magistrate Judge Almond |
| Monday, September 28, 2020 | Courtroom 1 | Magistrate Judge Sullivan |
| Monday, November 16, 2020 | Courtroom 1 | Judge Smith |

cc: Nora Tyer-Witek
     Frank Perry